# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KAREN LYNETTE STOKES,

        Plaintiff,

-vs-                                   Case No.  6:08-cv-1877-Orl-31KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____

## ORDER

This cause comes before the Court on Plaintiff's Uncontested Petition for Attorney's Fees pursuant to the Equal Justice Act, 28 U.S.C. § 2412 (Doc. No. 24) filed August 3, 2009.

On August 19, 2009, the United States Magistrate Judge issued a report (Doc. No. 25) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Uncontested Petition for Attorney's Fees pursuant to the Equal Justice Act 28 U.S.C. § 2412 is **GRANTED**. The Commissioner of Social Security shall pay Richard A. Culbertson $3,652.02 in attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 9th day of September, 2009.

Copies furnished to:

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

United States Magistrate Judge
Counsel of Record
Unrepresented Party